UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REGINA NORMAN,<br><br>                           Plaintiff,<br><br>        -against-<br><br>YOGA MATS,<br><br>                          Defendants. | 24 CIVIL 6654 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the February 13, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   February 14, 2025
               New York, New York

                                                     /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                         Chief United States District Judge